IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Anthony G Bryant

**Complaint for a Civil Case**

_____

*(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

Case No. 2:21-cv-3463-MBS-MHC

*(to be filled in by the Clerk's Office)*

Jury Trial:  ☑ Yes   ☐ No
    *(check one)*

**-against-**

Wells Fargo

_____

_____

*(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

RECEIVED
USDC CLERK, CHARLESTON, SC
2021 OCT 21  AM 11: 58

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach
additional pages if needed.

| | |
|---|---|
| Name | Anthony W Bryant |
| Street Address | 2123 Courtland Avenue |
| City and County | Charleston, Charleston |
| State and Zip Code | South Carolina 29405 |
| Telephone Number | |

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint,
whether the defendant is an individual, a government agency, an organization, or
a corporation.  For an individual defendant, include the person's job or title (if
known).  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Wells Fargo |
| Job or Title (if known) | Chairman | CEO |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

Defendant No. 3

| | |
|---|---|
| Name | |

2

Job or Title
(if known)                          _____

Street Address                      _____

City and County                     _____

State and Zip Code                  _____

Telephone Number                    _____

Defendant No. 4

Name                                _____

Job or Title
(if known)                          _____

Street Address                      _____

City and County                     _____

State and Zip Code                  _____

Telephone Number                    _____

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question                  ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

IRS Code 6109, FCC 230 First, Fourth, Fourteenth and Sixth Amendment

3

**B.**     **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.     The Plaintiff(s)

   a.     If the plaintiff is an individual

   The plaintiff, *(name)* _Anthury U. Bryant_, is a citizen of
   the State of *(name)* _South Carolina_

   b.     If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated
   under the laws of the State of *(name)* _____,
   and has its principal place of business in the State of *(name)*
   _____.

   *(If more than one plaintiff is named in the complaint, attach an additional*
   *page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

   a.     If the defendant is an individual

   The defendant, *(name)* _Wells Fargo_, is a citizen of
   the State of *(name)* _South Carolina_. *Or is a citizen of*
   *(foreign nation)* _____.

   b.     If the defendant is a corporation

   The defendant, *(name)* _Wells Fargo_, is
   incorporated under the laws of the State of *(name)*
   _South Carolina_, and has its principal place of
   business in the State of *(name)* _California_. *Or is*
   incorporated under the laws of *(foreign nation)*
   _____, and has its principal place of
   business in *(name)* _____.

   *(If more than one defendant is named in the complaint, attach an*
   *additional page providing the same information for each additional*
   *defendant.)*

4

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

As the order of the jury of my peers under one sixth Amendment

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Upon signature card Wells Fargo referred my name to law Enforcement under IRC 6109 and FC 230 violation one first Amendment, Fourth Amendment, Fourteenth Amendment

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Upon the order of the jury of my peers compensatory damages plus treble.

## V.      Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.      For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _10 21_, 20_21_.

Signature of Plaintiff    _____

Printed Name of Plaintiff    _____

### B.      For Attorneys

Date of signing: _____, 20__.

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

Telephone Number    _____

E-mail Address    _____

6